Richard D. Spizzirri v. Commissioner of Internal Revenue Joanne O'Connor v. 20.2053.1.b.2